**FILED**

NOV 1 5 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:10-CR-368 LJO |
| Plaintiffs, ) | ORDER OF TRANSPORTATION |
| vs. ) | |
| JOSE RIVERA-CAMPOS, ) | |
| Defendant. ) | |

The United States Marshal, with its concurrence, and at the request of Defense Counsel, is hereby ordered to transport the Defendant Jose Rivera-Campos to the business office of Dr. Huene for an examination pursuant to a motion made by defense.

DATED: Nov 15, 2010

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1