| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>ELANA S. LANDAU, #212144<br>Assistant U.S. Attorney<br>4401 Federal Building<br>2500 Tulare Street<br>Fresno, California 93721<br>Telephone: (559) 497-4000 | **FILED**<br><br>NOV 1 9 2010<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>JOSE RIVERA-CAMPOS,<br><br>         Defendant. | 1:10-CR-368 LJO<br><br>ORDER TO DISMISS<br>(Fed. R. Crim. P. 48(a)) |

This matter having come before the court pursuant to a written order to dismiss the above-entitled indictment as to this defendant, pursuant to Federal Rule of Criminal Procedure 48(a);

IT IS ORDERED that the indictment be dismissed as to this defendant.

IT IS FURTHER ORDERED that the defendant be released to the custody of Mariposa County, State of California forthwith.

DATED: 11-19-10

_____
Honorable LAWRENCE J. O'NEILL
UNITED STATES DISTRICT COURT JUDGE

2